UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| WILLIAM MCKNELLY and, | ) | |
|---|---|---|
| LOUISE MCKNELLY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.:  3:19-CV-103-TAV-DCP |
| | ) | |
| WYNDHAM DESTINATIONS, INC., | ) | |
| WYNDHAM VACATION | ) | |
| RESORTS, INC., | ) | |
| WYNDHAM VACATION | ) | |
| OWNERSHIP, INC., and | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This civil case is before the Court on the parties' Joint Motion to Modify Scheduling Order [Doc. 23]. The parties request that the Court continue the dispositive motion deadline and the discovery deadline in this case to July 15, 2020, and July 31, 2020, respectively, or alternatively, reset the trial date and all unexpired deadlines based on a new trial date. In support, the parties note that they have been working together diligently and cooperatively to schedule depositions and that plaintiffs' depositions were set for March 23, 2020. However, the parties report, plaintiff Louise McKnelly's physician has advised that she refrain from traveling and plaintiffs do not have the equipment in their home necessary to conduct video depositions. Accordingly, the parties intend to reset depositions in June 2020. The parties agree that it would be more efficient to have those depositions completed prior to the dispositive motion deadline, which is April 10, 2020 [Doc. 15 ¶ 6(b)

(requiring that dispositive motions be filed no later than 150 days before trial)]. The discovery deadline is June 10, 2020 [*Id.* ¶ 3(h)]. Trial is currently scheduled for September 8, 2020 [*Id.* ¶ 8].

For the reasons discussed in the parties' motion, the Court finds good cause for an extension of the dispositive motion and discovery deadlines. In light of the length of the extension requested, however, the Court concludes that resetting the trial in this matter is necessary to allow the parties sufficient time to prepare dispositive motions and to allow the Court sufficient time to review such motions. Accordingly, the Court hereby **GRANTS** the parties' motion [Doc. 23] to the extent that it is **ORDERED** that the trial, previously scheduled for September 8, 2020, at 9:00 a.m., is **CANCELLED** and is **RESCHEDULED** for **<u>Tuesday, February 23, 2021, at 9:00 a.m.</u>** Any deadlines that are unexpired as of the time of the filing of the instant motion [Doc. 23] shall be applied as calculated from the new trial date and according to the same time limitations set forth in the Court's original Scheduling Order [Doc. 15].

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE